BRENDAN CONROY CSB. 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco CA 94103
Telephone: 415-565-9600

Attorney for Defendant
JOSH JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSH JOSHSON, et al,<br><br>        Defendants.<br>_____/ | NO. CR 11-0624-6 WHA<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF SENTENCING MEMO**<br><br>**Date: April. 3, 2012**<br><br>**Time: 2:15 p.m.** |

### DECLARATION OF COUNSEL

I, BRENDAN CONROY, declare under penalty of perjury as follows:

1. I am the attorney appointed to represent the defendant in the above-entitled action.

2. On March 5, 2012, I requested copies of the record of prior convictions for Josh Johnson from the Sonoma County Superior Court.

3. On or about March 15, 2012, I received a note and a package from the Clerk of the Court, County of Sonoma.  The note indicated, in response to my request, that "all files

1

destroyed in 2000 & 2001. Only dockets available." The package contained the computer generated dockets that are referenced in the sentencing memorandum.

    4. The information contained in the sentencing memorandum regarding the underlying facts of Mr. Johnson's arrest history was provided by the defendant, or in the case of the most recent arrest, a review of a security tape.

    I declare that the above is true and correct of my own knowledge, except as to those matters stated upon information and belief; and as to those, I believe them to be true and correct.

Date: March 27, 2012

                                                                                 Respectfully submitted,

                                                                                 _____-s-_____
                                                                                 BRENDAN CONROY
                                                                                 Attorney at Law