LAW OFFICES OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4TH St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

*Pro Bono* Counsel for Defendant Josh Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Number: 11CR624-WHA |
| Plaintiff, | |
| v. | [~~Proposed~~] **Order Terminating Supervised Release** |
| **JOSH JOHNSON,** | |
| Defendant. | |

**1.   Background**

Mr. Johnson previously filed a motion to terminate supervised release. *See* ECF No. 265. On April 14, 2015, this Court heard argument on that motion. The Court's ruling was that supervised release would terminate on April 30, 2015 if 1) there were no violations, and 2) if Mr. Johnson paid this month's restitution payment. *See* Minutes from 04/14/15 hearing (attached as Exhibit A). There have been no violations, and Mr. Johnson has paid this month's restitution payment. *See* Exhibit B. Accordingly, Mr. Johnson respectfully submits the proposed order terminating supervised release.

**2.   Conclusion**

For the above reasons, Mr. Johnson respectfully requests that this Court to sign the proposed order terminating supervised release.

Defendant's Motion and [~~Proposed~~] Order for
Early Termination of Supervised Release
11CR624-WHA                               1

Respectfully submitted,

Dated:  April 29, 2015

*/s/ Erick Guzman*
ERICK L. GUZMAN
Attorney for Defendant

**[PROPOSED]** ORDER

For good cause shown, the Court ORDERS that effective immediately defendant Josh Johnson's term of supervised release is hereby terminated pursuant to 18 U.S.C. Section 3583(e).

IT IS SO ORDERED.

May 4, 2015.
DATED

*(signature)*
**William H. Alsup**
United States District Judge

Defendant's Motion and [Proposed] Order for
Early Termination of Supervised Release
11CR624-WHA                                         3